UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:19-cv-21735

ALEXANDER ESQUIVEL,

    Plaintiff,

vs.

SPEEDWAY LLC, d/b/a
SPEEDWAY #6913
A Foreign Limited Liability Company,
    Defendants.
_____/

## SPEEDWAY LLC's RULE 7.1 DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PARTIES

    Defendant, SPEEDWAY LLC, by and through the undersigned counsel, pursuant to Rule 7.1(a)(2) of the Federal Rules of Civil Procedure, hereby states that SPEEDWAY LLC has its principal place of business in Enon, Ohio, and is registered as a limited liability company in the State of Delaware.  SPEEDWAY LLC has its sole member, MPC Investment LLC.  MPC Investment LLC is a Delaware limited liability company, with its principal place of business in Ohio.  MPC Investment LLC has its sole member, Marathon Petroleum Corporation.  Marathon Petroleum Corporation is a Delaware corporation with its principal place of business in Ohio, and is a publically traded company, stock symbol MPC, listed on the New York Stock Exchange.

    Additionally, the following are persons, associated persons, firms, partnerships, or corporations that may have a financial interest in the outcome of the case:

    Plaintiff:
    Alexander Esquivel

Plaintiff's Attorneys and Law Firms:
Irwin Ast, Esquire
Law Offices of Irwin Ast

Defendant:
Speedway LLC

Owner(s) of Defendant:
See Above

Defendant's Attorneys and Law Firms:
Daniel Gomez, Esq.
Litchfield Cavo, LLP

Respectfully Submitted,

/s/ *Daniel Gomez*
Daniel Gomez, Esquire
Florida Bar No.: 027816
Litchfield Cavo, LLP
600 Corporate Drive Suite 600
Ft. Lauderdale, FL 33334
954/689-3000 | Fax: 954/689-3001
Gomez@litchfieldcavo.com
Ardito@litchfieldcavo.com

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on this 2nd day of May, 2019, we electronically filed the foregoing with the Clerk of the Courts using CM/ECF. I also certify that the foregoing document is being served this date on all counsel of record on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ *Daniel Gomez*
Daniel Gomez, Esq.

## SERVICE LIST

Irwin Ast
Law Offices of Irwin Ast
2121 SW 3rd Ave., Suite 401
Miami, FL 33129
(305) 661-6000
Irwin@astlawfirm.com
Pleadings@astlawfirm.com
Leidy@astlawfirm.com